IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>2- ALBERTO DE LA CRUZ<br>Defendant | CRIMINAL 05-261-02CCC |

**ORDER**

Having considered the Report and Recommendation filed on July 27, 2006 **(docket entry 151**) on a Rule 11 proceeding of defendant held before Magistrate Camille Velez-Rive on July 21, 2006, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 21, 2006. The **sentencing hearing is set for October 26, 2006 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on July 27, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge